No. _____

CR 08 00076 JW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

PVT e-FILING

FILED FEB 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE OF CALIFORNIA

---

## THE UNITED STATES OF AMERICA

### *vs.*

### FRANK GEMBECK, JR.

---

# INDICTMENT

**COUNT ONE:**   18: U.S.C. Section 2252(a)(2): Receipt of Child Pornography;

**COUNT TWO:**   18 U.S.C. Section 2252(a)(4)(B): Possession of Child Pornography

---

*A true bill.*

_Ramona L Wills_____
                          ***Foreperson***

*Filed in open court this* __13th__ *day of* __February__

*A.D. 2008*

_Patricia V. Trumbull_
***United States Magistrate Judge***

arrest warrant

*Bail. $* _NO Bail_

E-FILING

FILED

FEB 13 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

          v.

FRANK GEMBECK, JR.,

              Defendant.

CR No. CR 08 00076 JWPVT

VIOLATIONS:

18 U.S.C. § 2252(a)(2)(A) - Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography; 18 U.S.C. §§ 2253(a)(1) & (a)(3) - Criminal Forfeiture

SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about May 12, 2006, in the Northern District of California, the defendant,

FRANK GEMBECK, Jr.,

did knowingly and intentionally receive child pornography that had been transported or shipped in interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252(a)(2)(A) and 2252(b)(1).

///

///

INDICTMENT

1        COUNT TWO

2    On or about May 12, 2006, in the Northern District of California, the defendant,

3                    FRANK GEMBECK, Jr.,

4    did knowingly and intentionally possess matter which contains any visual depiction of a minor

5    engaging in sexually explicit conduct that has been mailed, or shipped or transported in interstate

6    or foreign commerce by any means including by computer in violation of Title 18, United States

7    Code, Section 2252(a)(4)(B) & 2252(b)(2).

8    FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

9        Upon a conviction for the offense alleged above, the defendant,

10                   FRANK GEMBECK Jr.,

11   shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1)

12   and (a)(3) all visual depictions described in Title 18, United States Code Section 2252A, and all

13   property, real or personal, used or intended to be used to commit or promote the commission of

14   the offenses of conviction, including but not limited to a Dell Dimension desktop personal

15   computer, model 4700, serial number OX6252-70821-4AP-G6MQ; Fuji Film DVD+R labeled

16   "Y1 AK 7-28-05", Fuji Film DVD+R labeled "Y2 AK 7-28-05", Fuji film DVD+R labeled "Y3

17   AK 7-28-05" , and any other computer storage media that were seized from the defendant's

18   residence.

19

20   Dated: February 13, 2008                    A TRUE BILL.

21                                               *Ramona Wills*
22                                               FOREPERSON

23

24   JOSEPH P. RUSSONIELLO
     United States Attorney

25

26   MATTHEW A. PARRELLA
     Chief, San Jose Branch Office

27

28   (Approved as to form: _____
                      AUSA Richard C. Cheng

**INDICTMENT**                     2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U. S. C. § 2252(a)(2)(A) - Receipt of Child Pornography-
Mandatory minimum 5 years imprisonment, but not more
than 20 years.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: (18 U. S. C. § 2252(a)(2)(A) Class C Felony); $250,000 fine; 3 years
supervised release; $100 mandatory special assessment.
18 U. S. C. § 2252(a)(4)(B) - Possession of Child Pornography-
10 years imprisonment (Class C Felony); $250,000 fine; 3 years
supervised release; $100 mandatory special assessment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

—— DEFENDANT - U.S ——

▶ FRANK GEMBECK, JR.

DISTRICT COURT NUMBER

CR 08 00076 JW PVT

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

San Jose FBI - SA Wade Luders

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    JOSPEH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    RICHARD CHENG

—— DEFENDANT ——

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction }
6) ☐ Awaiting trial on other charges } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: